IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FastVDO LLC,<br><br>            Plaintiff,<br><br>v.<br><br>Apple Inc.;<br>Canon U.S.A., Inc.;<br>Casio America, Inc.;<br>DXG Technology (U.S.A.) Inc.;<br>Eastman Kodak Company;<br>Fujifilm North America Corporation;<br>Hewlett Packard Company;<br>JVC Americas Corporation;<br>Nikon Americas, Inc.;<br>Nikon, Inc.;<br>Olympus America Inc.;<br>Panasonic Corporation of North America;<br>Samsung Electronics America, Inc.;<br>Sanyo North America Corporation;<br>Sony Corporation of America;<br>Sony Electronics, Inc.; and<br>Toshiba America, Inc.;<br><br>            Defendants. | Civil Action No:<br><br><br>DEMAND FOR JURY TRIAL |

## COMPLAINT

Plaintiff FastVDO LLC ("FastVDO") alleges as follows:

### PARTIES

1.  FastVDO is a Florida limited liability corporation with a principal place of business at 750 N. Atlantic Ave., Cocoa Beach, FL 32931.

2.  On information and belief, Apple Inc. ("Apple") is a California corporation with a principal place of business at 1 Infinite Loop, Cupertino, CA 95014.

3.  On information and belief, Canon U.S.A., Inc. ("Canon") is a New York corporation with a principal place of business at One Canon Plaza, Lake Success, NY 11042.

1

4. On information and belief, Casio America, Inc. ("Casio") is a New York corporation with a principal place of business at 570 Mount Pleasant Avenue, Dover, New Jersey 07081.

5. On information and belief, DXG Technology (U.S.A.) Inc. ("DXG") is a California corporation with a principal place of business at 1001 Lawson Street, City of Industry, CA 91748.

6. On information and belief, Eastman Kodak Company ("Eastman Kodak") is a New Jersey corporation with a principal place of business at 343 State Street, Rochester, NY 14608.

7. On information and belief, Fujifilm North America Corporation ("Fuji") is a New York corporation with a principal place of business at 200 Summit Lake Drive, Valhalla, NY 10595.

8. On information and belief, Hewlett-Packard Company ("HP") is a Delaware corporation with a principal place of business at 3000 Hanover Street, Palo Alto, CA 94304.

9. On information and belief, JVC Americas Corporation ("JVC") is a Delaware corporation with its principal place of business at 1700 Valley Road, Wayne, NJ 07470.

10. On information and belief, Nikon Americas, Inc. ("Nikon Americas") is a Delaware corporation with a principal place of business at 1300 Walt Whitman Road, Melville, NY 11747.

11. On information and belief, Nikon, Inc. is a New York corporation with a principal place of business at 1300 Walt Whitman Road, Melville, NY 11747. Nikon Inc. and Nikon Americas are collectively referred to as "Nikon."

12. On information and belief, Olympus America Inc. ("Olympus") is a New York corporation with a principal place of business at 3500 Corporate Parkway, Center Valley, PA 18034.

13. On information and belief, Panasonic Corporation of North America ("Panasonic") is a Delaware corporation with its principal place of business at One Panasonic Way, Secaucus, NJ 07094.

14. On information and belief, Samsung Electronics America, Inc. ("Samsung") is a New York corporation with a principal place of business at 105 Challenger Road, Ridgefield Park, NJ 07660.

15. On information and belief, Sanyo North America Corporation ("Sanyo") is a Delaware corporation with a principal place of business at 2055 Sanyo Avenue, San Diego, CA 92154.

16. On information and belief, Sony Corporation of America ("SCA") is a New York corporation with a principal place of business at 555 Madison Avenue, New York, NY 10022.

17. On information and belief, Sony Electronics, Inc. ("Sony Electronics") is a Delaware corporation with a principal place of business at 16530 Via Esprillo, San Diego, CA 92127. SCA and Sony Electronics are collectively referred to as "Sony."

18. On information and belief, Toshiba America, Inc. ("Toshiba") is a Delaware corporation with its principal place of business at 1251 Avenue of the Americas, Suite 4110, New York, NY 10020.

## JURISDICTION AND VENUE

19. This is an action for patent infringement arising under the patent laws of the United States of America, 35 U.S.C. § 1, *et seq.*, including § 271. This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

20. This Court has personal jurisdiction over defendants because, among other reasons, defendants have done business in Delaware, have committed and continue to commit acts of patent infringement in Delaware, and have harmed and continue to harm FastVDO in Delaware, by, among other things, using, selling, offering for sale, and importing infringing products in Delaware.

21. Venue is proper in this district under 28 U.S.C. §§ 1391(b)-(c) and 1400(b) because, among other reasons, defendants are subject to personal jurisdiction in this District, and have committed acts of patent infringement in this District. On information and belief, for example, defendants have used, sold, offered for sale, and imported infringing products in this District.

## COUNT I

### (Infringement of U.S. Patent No. RE 40,081)

22. FastVDO is the owner by assignment and merger of United States Patent No. RE 40,081 ("the '081 patent"), entitled "Fast Signal Transforms With Lifting Steps." The '081 patent reissued on February 19, 2008. A true and correct copy of the '081 patent is attached hereto as Exhibit A. The '081 patent enables digital image compression through the coding and decoding blocks of digital image intensities with a block coder and transform coder that utilizes an invertible linear transform having a +/- butterfly step, a lifting step, and a scaling factor. H.264/MPEG-4 Part 10/Audio Video Coding ("AVC") is a video compression standard that performs digital image compression by coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. Products that support the H.264/MPEG-4 Part 10/AVC standard are referred to hereinafter as "H.264/MPEG-4 Part 10/AVC compliant."

23. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Apple has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant electronic devices and/or software, including, but not limited to, iPhone, iPad2, iMovie, Mac OS X version 10.4 (Tiger), Quicktime 7 Pro, and Apple's iChat video conferencing software. Apple has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant electronic devices and software to perform digital image compression by coding and decoding blocks of digital image intensities

with a block coder and transform coder that utilizes an invertible linear transform having a +/- butterfly step, a lifting step, and a scaling factor. Apple's acts of infringement have been willful under 35 U.S.C. § 284 since May 7, 2008, when Apple received actual notice of the '081 patent and its essentiality to the H.264/MPEG-4 Part 10/AVC standard.

24. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Canon has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders including, but not limited to: PowerShot family A1200, A3300IS, D10, ELPH300HS, ELPH500 HS, ELPH500HS, ELPH300HS, G12, S95, SD4500IS, SD4000IS, SD3500 IS, SD1400IS, SX230HS, SX210IS, SX130IS, SX30IS; EOS family 1D Mark IV, 5D Mark II, 7D, 60D, Rebel T3, Rebel T3i, Rebel T2i EF-S, Rebel T1i EF-S; Vixia HF G10, HF S30, HF S21, HF S20, HF S200, HF M41, HF M40, HF M400, HF M32, HF M31, HF M30, HF M300, HF 21, HF R21, HF R20, HF R200, HF R11, HF R10, HF R100; and XA10. Canon has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Canon has actual notice of the '081 patent.

25. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Casio has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to TRYX, EX-ZR10, EX-ZR100, EX-H20G. Casio has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding

blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Casio has actual notice of the '081 patent.

26. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, DXG has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264 digital cameras and/or camcorders, including, but not limited to: DXG-565V, DXG-579V, DXG-580V, DXG-5B1V, DXG-5B1V, DXG-5B7V, DXG-125V, DXG-5F0V, DXG-A80V, DXG-A85V, DXG-A87V, DXG-A595V, DXG-5D7V, Riviera 720p HD, and Luxe 1080p HD. DXG has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, DXG has actual notice of the '081 patent.

27. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Kodak has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant camcorders and digital cameras, including, but not limited to: SLICE, Easy Share Max, M590, M580, M583, M575, M577, M552, and M532. Kodak has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at

least one scaling factor. At least from the date of service of this complaint, Kodak has actual notice of the '081 patent.

28. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Fuji has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, HS20EXR, F500EXR, F550EXR, F600EXR, Z900EXR, and X100. Fuji has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Fuji has actual notice of the '081 patent.

29. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, HP has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, FVU260, V5061u, FVM3160, FVU32120, FVM31120. HP has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, HP has actual notice of the '081 patent.

30. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, JVC has infringed one or more claims of the '081 patent by making, using, selling,

offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, GZ-HM30U, GZ-HM50U, GZ-HM440U, GZ-HM450U, GZ-HM450U, GZ-HM650U, GZ-HM670U, GZ-HM690U, GZ-HD520BU, GZ-HM860BUS, GZ-HM960BUS, GS-TD1, GZ-HM300BU, GZ-HM320BU, GZ-HM340BU, GZ-HD500BU, GZ-HD620BU, GZ-HM550BU, GZ-HM1SUS, GC-FM2, GC-WP10, and GCFM1. JVC has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, JVC has actual notice of the '081 patent.

31. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Nikon has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, D7000, D5100, D3100, S9100, S8100, S6100, S2500, S80, S8000, S6000, S100pj, P7000, P500, P300, P100, L120, and L110. Nikon has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Nikon has actual notice of the '081 patent.

32. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Olympus has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or

camcorders, including, but not limited to, Stylus 5010, Stylus 7040, Stylus Tough 8010, Stylus Tough 6020, Stylus Tough 3000, TG810, TG610, TG310, SP-600UZ, SP-610UZ, SP-800UZ, SZ-10, SZ-11, SZ-20, SZ-30MR, E-PM1, E-PL3, E-P3. Olympus has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Olympus has actual notice of the '081 patent.

33. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Panasonic has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, DMC-FZ47K, HDC-HS80K, HDC-HS900K, HDC-SD40K, HDC-SD80K, HDC-SD800K, HDC-SD90K, HDC-SDT750K, HDC-TM10S, HDC-TM40K, HDC-TM41H, HDC-TM80, HDC-TM900K, HDC-TM90, HM-TA1R, SDR-H100 Series, SDR-S50 Series, SDR-S70 Series, and SDR-T70K. Panasonic has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Panasonic has actual notice of the '081 patent.

34. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Samsung has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or

camcorders, including, but not limited to, ES80, HZ35, NX100, NX10, PL120, PL170, SH100, ST700, ST95, TL500, WB700, WB210, F40BN, F50SN, F54BN, H304BN. H300BN, T100N, Q10BN, and W200TN. Samsung has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Samsung has actual notice of the '081 patent.

35. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Sanyo has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, VPC-HD100, VPC-GH4, VPC-PD2BK, VPC-SH1, VPC-CS1, VPC-GH2, VPC-CA102, VPC-CG20, VPC-FH1ABK, VPC-2000A, VPC-WH1, VPC-TH1, VPC-CG10, VPC-E2, VPC-E1, VPC-HD1010, VPC-HD1000, VPC-HD700, VPC-HD2, VPC-CG9, VPC-CG6, VPC-CG65, VPC-CA6, VPC-C6, VPC-HD1A, VPC-C40. Sanyo has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Sanyo has actual notice of the '081 patent.

36. On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Sony has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or

camcorders, including, but not limited to, HX100V, HX9V, HX7V, H70, TX100V, TX55, TX10, TX110, WX10, WX9, W570, W560, Nex-5, Nex-3, α580, α55, α35, α33, MHS-FS1, MHS-FS2, MHS-FS3, MHS-TS20, HDR-CX700V, HDR-CX160, HDR-XR160, HDR-CX560V, HDR-CX360V, HDR-CX130, HDR-CX110, HDR-PJ10, HDR-PJ30V, HDR-PJ50V, HDR-TD10, HDR-TG5V, DEV-3, DEV-5, NEX-VG10, HDR-AX2000, HXR-NX5U, HXR-MC50U. Sony has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. Sony's acts of infringement have been willful under 35 U.S.C. § 284 since March 2008, when Sony received actual notice of the '081 patent and its essentiality to the H.264/MPEG-4 Part 10/AVC standard.

37.     On information and belief, in violation of one or more provisions of 35 U.S.C. § 271, Toshiba has infringed one or more claims of the '081 patent by making, using, selling, offering to sell, or importing H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders, including, but not limited to, Camileo, X100, H30, S20, S30, P100, B10, BW10. Toshiba has induced its customers with its marketing materials, advertising materials, manuals and customer support services to use its H.264/MPEG-4 Part 10/AVC compliant digital cameras and/or camcorders to perform digital image compression by, among other things, processing coding and decoding blocks of digital image intensities with a block coder and with a transform coder that includes an invertible linear transform, which is representable as a cascade using at least one +/-1 butterfly step, at least one lifting step, and at least one scaling factor. At least from the date of service of this complaint, Toshiba has actual notice of the '081 patent.

## PRAYER FOR RELIEF

FastVDO prays for the following relief:

1. A judgment that each defendant has directly infringed (either literally or under the doctrine of equivalents) one or more claims of the '081 patent;

2. A judgment that each defendant has induced the infringement of one or more claims of the '081 patent;

3. A permanent injunction enjoining defendants and their officers, directors, agents, servants, affiliates, employees, divisions, branches, subsidiaries, parents, and all others acting in active concert or participation with them, from infringing each of the '081 patent;

4. An award of damages resulting from each defendant's acts of infringement in accordance with 35 U.S.C. § 284;

5. An award of enhanced damages equal to treble the amount of actual damages from Apple, for the willful nature of Apple's acts of infringement, with notice being made at least as early as May 2008, as provided under 35 U.S.C. § 284;

6. An award of enhanced damages equal to treble the amount of actual damages from Sony, for the willful nature of Sony's acts of infringement, with notice being made at least as early as March 2008, as provided under 35 U.S.C. § 284;

7. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to FastVDO its reasonable attorneys' fees against each defendant;

8. A judgment and order requiring defendants to provide an accounting and to pay supplemental damages to FastVDO, including without limitation, pre-judgment and post-judgment interest; and

9. Any and all other relief to which FastVDO may show itself to be entitled.

## **DEMAND FOR JURY TRIAL**

FastVDO demands a trial by jury on all issues so triable.

Dated: September 9, 2011

FARNAN LLP

/s/ Joseph J. Farnan, Jr.
Joseph J. Farnan, Jr. (#100245)
Brian E. Farnan (#4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Attorneys for Plaintiff
FastVDO, LLC

Of Counsel:

Marc A. Fenster
Alexander C.D. Giza
Kevin P. Burke
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
kburke@raklaw.com