## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FastVDO LLC, | |
| Plaintiff, | |
| v. | C.A. No. 11-797-PD |
| Apple Inc., et al., | |
| Defendants. | |

### PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT

Plaintiff hereby submits its corporate disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.  FastVDO, LLC hereby states that it has no parent corporation and that no publicly held company owns 10% or more of its stock.


October 7, 2011

FARNAN LLP

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street. 12th Floor
Wilmington, DE 19801
(302) 777-0321
bfarnan@farnanlaw.com

Attorneys for Plaintiff
FastVDO, LLC


Of Counsel:

Marc A. Fenster
Alexander C.D. Giza
Kevin P. Burke
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com
kburke@raklaw.com