IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FastVDO LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Apple Inc., et al.,<br><br>　　　　　Defendants. | Civil Action No. 11-797 (RGA)<br><br>DEMAND FOR JURY TRIAL |

## JOINT MOTION TO DISMISS SAMSUNG ELECTRONICS AMERICA, INC.

WHEREAS, Plaintiff FastVDO LLC ("FastVDO") and Defendant Samsung Electronics America, Inc. ("Samsung") have settled FastVDO's claims for relief against Samsung and Samsung's counterclaims for relief against FastVDO asserted in this case.

NOW, THEREFORE, FastVDO and Samsung, through their attorneys of record, request this Court to dismiss FastVDO's claims for relief against Samsung and Samsung's counterclaims for relief against FastVDO, with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

1

July 20, 2012

/s/ Richard L. Horwitz
Richard L. Horwitz (Bar No. 2246)
David E. Moore (Bar No. 3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Of Counsel:

Ryan Yagura
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071-2899
(213) 430-6000

Kristopher Dawes
O'MELVENY & MYERS LLP
610 Newport Beach, CA 92660
(949) 760-9600

Attorneys for Defendant
Samsung Electronics America, Inc.

/s/ Brian E. Farnan
Joseph J. Farnan, Jr. (Bar No. 100245)
Brian E. Farnan (Bar No. 4089)
Farnan LLP
919 North Market Street. 12th Floor
Wilmington, DE 19801
(302) 777-0321
farnan@farnanlaw.com
bfarnan@farnanlaw.com

Of Counsel:

Marc A. Fenster
Alexander C.D. Giza
Kevin P. Burke
RUSS, AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025-1031
(310) 826-7474
mfenster@raklaw.com
agiza@raklaw.com

Attorneys for Plaintiff
FastVDO, LLC

So Ordered this 24th day of July, 2012.

_Richard G. Andrews_
United States District Judge