IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FASTVDO LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 11-cv-797-RGA |
| v. | ) |
| | ) |
| APPLE INC., et al., | ) |
| | ) |
| Defendants. | ) |

STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE OF CLAIMS BETWEEN
PLAINTIFF AND DEFENDANT TOSHIBA
AMERICA INFORMATION SYSTEMS, INC.

Plaintiff FastVDO LLC ("FastVDO") and Defendant Toshiba America Information Systems, Inc. ("Toshiba") have settled their respective claims against the other brought in this case. On the basis of the settlement reached, FastVDO and Toshiba hereby voluntarily dismiss all claims, counterclaims, and other causes of action that each has brought against the other, with prejudice, and with each Party bearing its own expenses, costs of court, and attorneys' fees.

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(2), as follows:

1. All claims brought by FastVDO against Toshiba and all claims brought by Toshiba against FastVDO in this Civil Action are dismissed with prejudice.

2. FastVDO and Toshiba shall each bear its own expenses, costs of court, and attorneys' fees.

3. This Action is dismissed with prejudice in its entirety.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (#4089)<br>919 N. Market Street, 12th Floor<br>Wilmington, DE 19081-3032<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | /s/ Thomas C. Grimm<br>Thomas C. Grimm (Bar No. 1098)<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 N. Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 351-9595<br>tgrimm@mnat.com<br><br>*Attorneys for Defendant Toshiba America Information Systems, Inc.* |

SO ORDERED this __20th__ day of __March__, 2014.

_____
The Honorable Richard G. Andrews